JS-6

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| GARDEN MEADOW, INC., a Connecticut Corporation, | Case No. **2:14-CV-04476-CAS-AGR** |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER DISMISSING WITH PREJUDICE DEFENDANT BEL AIR LIGHTING, INC. ONLY** |
| BEL AIR LIGHTING, INC., a California Corporation and JOHN DOES Numbers 1 through 99, | |
| Defendants. | |

# ORDER

The Court having read and reviewed the Stipulation filed by Plaintiff Garden Meadow, Inc. and Defendant Bel Air Lighting, Inc. ("Bel Air') Dismissing With Prejudice Bel Air from this action, and good cause appearing,

**IT IS HEREBY ORDERED** pursuant to Fed.R.Civ.P. 41, that all claims in the above styled action pending in the United States District Court, Central District of California, be and are hereby dismissed with prejudice as to Defendant Bel Air Lighting, Inc. and without prejudice as to John Does Numbers 1 through 99, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED:**

DATE: June 23, 2014

*/s/ Christina A. Snyder*
Honorable Christina A. Snyder
UNITED STATES DISTRICT COURT JUDGE